IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JENNIFER R. LAM-QUANG-VINH,

        Plaintiff,

                                                    Case No. 20-cv-384

v.

SPRINGS WINDOW FASHIONS, LLC,        Judge Barbara Crabb

        Defendant.

---

**PLAINTIFF'S NOTICE OF APPEAL FROM A
JUDGMENT OF THE DISTRICT COURT**

---

        Plaintiff, Jennifer R. Lam-Quang-Vinh, by her attorneys, FOX & FOX, S.C., hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on August 16, 2021 (Dkt. # 44) in favor of Defendant.

        **Dated:** Monday, September 13, 2021.

                              **Respectfully submitted,**

                              Plaintiff, Jennifer R. Lam-Quang-Vinh

                              By: s/Randall B. Gold

                              FOX & FOX, S.C.
                              124 West Broadway
                              Monona, WI 53716
                              608-258-9588
                              rgoldlaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, September 13, 2021, I caused the electronic filing of the foregoing *Notice Of Appeal From A Judgment Of The District Court,* with the Clerk of the District Court, using the ECF system, which will also send notification of such filing to the following counsel for Defendant:

Amy O. Bruchs (aobruchs@michaelbest.com)

Kurt Ellison (kfellison@michaelbest.com)

Farrah N.W. Rifelj (fnwrifelj@michaelbest.com)

        s/Randall B. Gold
        Randall B. Gold
        FOX & FOX, S.C.
        124 West Broadway
        Monona, WI 53716
        608-258-9588
        rgoldlaw@aol.com